NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OSCAR AREVALO-CASTILLO and
CARLOS ARISTIDE AREVALO-
CASTILLO,

Petitioners,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-75162

Agency Nos. A099-534-962
A099-534-963

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]
San Francisco, California

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Oscar Arevalo-Castillo and his brother Carlos Aristide Arevalo-Castillo,

natives and citizens of El Salvador, petition for review of the Board of Immigration

Appeals' denial of their application for asylum.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Petitioners contend they were entitled to asylum relief based on their membership in a social group, namely their family, or young people who were approached by gangs. Young people from Central American countries who refused to join or cooperate with a gang do not constitute a "social group" for asylum purposes. *See Barrios v. Holder*, 581 F.3d 849, 854-55 fn. 3 (9th Cir. 2009); *Ramos-Lopez v. Holder*, 563 F.3d 855, 860-62 (9th Cir. 2009); *Santos-Lemus v. Mukasey*, 542 F.3d 738, 745-46 (9th Cir. 2008). In addition, although a family may suffice as a "social group," *Sanchez-Trujillo v. INS*, 801 F.2d 1571, 1576 (9th Cir. 1986), not all family links will "*per se* suffice to confer 'particular social group' membership." *Lin v. Ashcroft*, 377 F.3d 1014, 1028 (9th Cir. 2004). In this case, petitioners failed to show that the gang members knew that their uncle and grandmother were members of their family, or that the threats experienced by the grandmother and uncle constituted targeted persecution. In addition, the uncle and grandmother have remained unharmed since petitioners left El Salvador. *See Santos-Lemus*, 542 F.3d at 743-44 (family members who remained unharmed is substantial evidence that petitioners lack a well-founded fear of future persecution based on family membership).

**PETITION FOR REVIEW DENIED.**